UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BORNSTEIN SEAFOODS, INC.,

    Plaintiff,

v.

OLEG BILODID, et al.,

    Defendants.

C16-1465 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered May 31, 2017, docket no. 16, the Court denied plaintiff's motion for default judgment. More than two and a half months have elapsed since then without further activity in this case. Plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a renewed motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs. If no renewed motion or status report is timely filed, the Court will presume that no issue remains for its determination, and this matter will be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1